# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10406

_____

WALTER PETTAWAY,
as Administrator of the Estate of Joseph
Lee Pettaway, deceased,

                                                                               Plaintiff-Appellee,

*versus*

ERNEST N. FINLEY, JR.,
Police Chief of the City of Montgomery, in
his official and individual capacities, et al.,

                                                                               Defendants,

NICHOLAS D. BARBER,

                                                                             Defendant-Appellant.

2                          Order of the Court                          23-10406

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:19-cv-00008-ECM-JTA

_____

ORDER:

    Appellant's Motion to Remove Case from Oral Argument Calendar, which we Construe as a Motion to Cancel Oral Argument and Stay the Appeal Pending the Filing of a Joint Motion to Dismiss the Appeal, is Granted.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION